UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT REUTHER,

               Plaintiff,               No. 07-CV-12249-DT

vs.                                           Hon. Gerald E. Rosen

LONNIE CHAPMAN,
et al.,

               Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORTS & RECOMMENDATIONS DENYING PLAINTIFF'S
MOTIONS FOR TEMPORARY RESTRAINING ORDERS/PRELIMINARY
INJUNCTIONS, AND DISMISSING PLAINTIFF'S CLAIMS
AGAINST DEFENDANT CRAIG W. HAEHNEL

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     January 23, 2008

PRESENT: Honorable Gerald E. Rosen
                  United States District Judge

This matter having come before the Court on three Reports and Recommendations of United States Magistrate Judge Mona K. Majzoub [Dkt. Nos. 14, 15, and 22] recommending that the Court deny Plaintiff's July 26 and September 10, 2007 "Motions and Declarations for Ex-Parte Preliminary Injunction (Temporary Restraining Order)" and dismiss Plaintiff's claims against Defendant Craig W. Haehnel; and no timely objections to any of the R&Rs having been filed; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Reports and Recommendations of August 30 and October 22, 2007 [Dkt. Nos. 14, 15, and 22] are hereby ADOPTED by the Court. Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Motions for Preliminary Injunctions/ Temporary Restraining Orders [Dkt. Nos.9 and 19] are DENIED.

IT IS FURTHER ORDERED that Plaintiff's federal claims against Defendant Craig W. Haehnel are DISMISSED, with prejudice, for failure to state a claim. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly, Plaintiff's state law claims against Defendant Haehnel are dismissed, without prejudice. Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Motion for Voluntary Dismissal of his claims against Defendant Haehnel [Dkt. No. 24] is DENIED as moot.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated: January 23, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 23, 2008, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager