UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT REUTHER,

                Plaintiff,              No. 07-CV-12249-DT

vs.                                         Hon. Gerald E. Rosen

LONNIE CHAPMAN, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING JOHN AND JANE DOE DEFENDANTS

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on       April 28, 2009

        PRESENT:  Honorable Gerald E. Rosen
                             Chief Judge, United States District Court

This matter having come before the Court on the March 23, 2009 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court dismiss Plaintiff's John and Jane Doe Defendants pursuant to Fed. R. Civ. P. 4(m); and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, the John and Jane Doe Defendants named in Plaintiff's Complaint should be dismissed; and the Court being otherwise fully advised in the premises,

        NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report

and Recommendation of March 23, 2009 **[Dkt. # 71]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's John and Jane Doe Defendants are hereby DISMISSED, without prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  April 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2009, by electronic and/or ordinary mail.

s/Ruth Brissaud
Case Manager